IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMANDA ALEXANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-1343-M |
| | ) | |
| HALLIBURTON ENERGY SERVICES, INC., and SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| BRUCE WILMES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-1323-M |
| | ) | |
| HALLIBURTON ENERGY SERVICES, INC., and SAIC ENERGY ENVIRONMENT & INFRASTRUCTURE, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 3, 2015, the parties filed a Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii). Based upon the stipulation, the Court hereby DISMISSES plaintiffs' claims against defendant SAIC Energy, Environment & Infrastructure, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED this 8th day of April, 2015.**

*Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE