# Exhibit 10

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF OKLAHOMA
 3    - - - - - - - - - - - - - - -x
 4   AMANDA ALEXANDER, et al.,       |
 5              Plaintiffs,          |
 6   v.                              | CASE NO. 5:11-cv-01343-M
 7   HALLIBURTON COMPANY,            |
 8   HALLIBURTON ENERGY SERVICES,    |
 9   INC.,                           |
10   and SAIC ENERGY, ENVIRONMENT    |
11   & INFRASTRUCTURE, LLC,          |
12              Defendants.          |
13    - - - - - - - - - - - - - - -x
14   MITCHELL L. McCORMICK,          |
15   et al.,                         |
16              Plaintiffs,          |
17   v.                              | CASE NO. 11-cv-01272-M
18   HALLIBURTON ENERGY SERVICES,    |
19   INC.,                           |
20              Defendants.          |
21    - - - - - - - - - - - - - - -x
22
23
24
25
```

```
 1  - - - - - - - - - - - - - - -x
 2  KRAIG BICKERSTAFF, et al.,    |
 3              Plaintiffs,       |
 4  v.                            | CASE NO. 11-cv-1305-M
 5  HALLIBURTON ENERGY SERVICES,  |
 6  INC.,                         |
 7              Defendants.       |
 8  - - - - - - - - - - - - - - -x
 9  FRANK D. ELDRIDGE, et al.,    |
10              Plaintiffs,       |
11  v.                            | CASE NO. 11-cv-1306-M
12  HALLIBURTON ENERGY SERVICES,  |
13  INC.,                         |
14              Defendants.       |
15  - - - - - - - - - - - - - - -x
16  ROBIN L. BOOTH, et al.,       |
17              Plaintiffs,       |
18  v.                            | CASE NO. 11-cv-1308-M
19  HALLIBURTON ENERGY SERVICES,  |
20  INC.,                         |
21              Defendants.       |
22  - - - - - - - - - - - - - - -x
23
24
25
```

```
- - - - - - - - - - - - - - - x
HARMEN ARLEN MAY, et al.,     |
          Plaintiffs,         |
v.                            | CASE NO. 11-cv-1309-M
HALLIBURTON ENERGY SERVICES,  |
INC.,                         |
          Defendants.         |
- - - - - - - - - - - - - - - x
STANLEY R. REYES,             |
          Plaintiff,          |
v.                            | CASE NO. 11-cv-1310-M
HALLIBURTON ENERGY SERVICES,  |
INC.,                         |
          Defendants.         |
- - - - - - - - - - - - - - - x
LESLIE T. CAMPBELL, et al.,   |
          Plaintiffs,         |
v.                            | CASE NO. 11-cv-1311-M
HALLIBURTON ENERGY SERVICES,  |
INC.,                         |
          Defendants.         |
- - - - - - - - - - - - - - - x
```

```
 1  - - - - - - - - - - - - - - -x
 2  EVELYN BERNICE SOUTHERLAND,    |
 3              Plaintiff,         |
 4  v.                             |  CASE NO. 11-cv-1312-M
 5  HALLIBURTON ENERGY SERVICES,   |
 6  INC.,                          |
 7              Defendants.        |
 8  - - - - - - - - - - - - - - -x
 9  TERRY CHEEK, et al.,           |
10              Plaintiffs,        |
11  v.                             |  CASE NO. 13-cv-0116-M
12  HALLIBURTON ENERGY SERVICES,   |
13  INC.,                          |
14              Defendants.        |
15  - - - - - - - - - - - - - - -x
16  STEPHEN G. JONES, et al.,      |
17              Plaintiff,         |
18  v.                             |  CASE NO. 11-cv-1322-M
19  HALLIBURTON ENERGY SERVICES,   |
20  INC.,                          |
21              Defendants.        |
22  - - - - - - - - - - - - - - -x
23
24
25
```

```
 1   - - - - - - - - - - - - - - -x
 2   BRUCE WILMES, et al.,         |
 3            Plaintiffs,          |
 4   v.                            | CASE NO. 11-cv-1323-M
 5   HALLIBURTON ENERGY SERVICES,  |
 6   INC.,                         |
 7            Defendants.          |
 8   - - - - - - - - - - - - - - -x
 9   GLYNN ALLEN, et al.,          |
10            Plaintiffs,          |
11   v.                            | CASE NO. 11-cv-0715-M
12   HALLIBURTON ENERGY SERVICES,  |
13   INC.,                         |
14            Defendants.          |
15   - - - - - - - - - - - - - - -x
16
17        Videotaped Deposition of KEVIN JOHN BOYLE, PH.D.
18                       Washington, D.C.
19                    Thursday, October 2, 2014
20                           9:00 a.m.
21
22   Job No.:  01-68037
23   Pages 1 through 277
24   Reported by:  Cassandra E. Ellis, RPR
25
```

```
 1        Deposition of KEVIN JOHN BOYLE, PH.D., held at
 2   the offices of:
 3
 4   KING & SPALDING
 5   Suite 200
 6   1700 Pennsylvania Avenue, Northwest
 7   Washington, D.C.  20006
 8   (202) 737-0500
 9
10
11
12        Pursuant to agreement, before Cassandra E. Ellis,
13   Registered Professional Reporter and Notary Public of
14   The District of Columbia.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    A P P E A R A N C E S
 2      ON BEHALF OF PLAINTIFFS ALEXANDER & WILMES:
 3           TODD D. OMMEN, ESQUIRE
 4           WEITZ & LUXENBERG, PC
 5           700 Broadway
 6           New York, New York   10003
 7           (212) 558-5592
 8           tommen@weitzlux.com
 9
10      ON BEHALF OF PLAINTIFF MCCORMICK:
11           DAVID P. PAGE, ESQUIRE
12           LEACH & SULLIVAN
13           P.O. Box 160
14           921 Main Street
15           Duncan, Oklahoma   73534
16           (580) 255-1111
17           David@leachsullivan.com
18
19
20
21
22
23
24
25
```

```
 1         A P P E A R A N C E S    C O N T I N U E D
 2    ON BEHALF OF DEFENDANT HALLIBURTON:
 3        R. BRUCE HURLEY, PRO HAC VICE
 4        KING & SPALDING, LLP
 5        Suite 4000
 6        1100 Louisiana
 7        Houston, Texas   77002
 8        (713) 751-3200
 9
10        ROBERT L. BETTS, ESQUIRE
11        PIERCE COUCH HENDRICKSON
12        BAYSINGER & GREEN, LLP
13        1109 North Francis
14        Oklahoma City, Oklahoma   73106
15        (405) 235-1611
16        Rbetts@piercecouch.com
17
18
19    ALSO PRESENT:  Joseph E. Ellis, CLVS
20
21
22
23
24
25
```

```
10:29:57  1   to them, and also looking at the -- or understanding
10:30:02  2   that from, you know, the hydro geological work of the
10:30:08  3   persistence of the contaminant in the groundwater.
10:30:11  4       Q   Can you give us a range, years, months,
10:30:19  5   however you want to do it, for the duration of these
10:30:21  6   long-term damages you've opined on?
10:30:23  7       A   Years.
10:30:24  8       Q   How many?
10:30:24  9       A   I don't have a specific year that I can
10:30:31 10   give you.  But I can tell you that from the
10:30:35 11   information from Mr. Leyton that we know that the
10:30:39 12   contamination is going to persist for ten or more
10:30:42 13   years with what's been provided to me.
10:30:44 14       Q   You realize there are people that disagree
10:30:46 15   with Mr. Leyton, don't you?
10:30:48 16           MR. OMMEN:  Objection to form and
10:30:49 17   foundation.
10:30:50 18       A   I have not seen any disagreement with --
10:30:56 19       Q   Has the market in Duncan, Oklahoma, had a
10:30:59 20   chance to adjust to the announcement of a potential
10:31:04 21   contamination?
10:31:05 22       A   I don't think that it has had a chance to
10:31:13 23   adjust, at this point in time.
10:31:15 24       Q   What --
10:31:16 25       A   That's why I think that the approach I used
```

```
10:31:18   1  is the best approach to use.
10:31:21   2          MR. HURLEY:  Objection, non-responsive.
10:31:21   3  BY MR. HURLEY:
10:31:22   4     Q    What would you need, what kind of evidence
10:31:24   5  would you need, to say, man, the market has adjusted
10:31:28   6  now?
10:31:29   7     A    You would want time to have passed; you
10:31:38   8  would want resolution of what the long-term status of
10:31:48   9  the contaminant at the site was; you would also not
10:31:57  10  want, you know, the purchases by Halliburton to be
10:32:03  11  influencing the -- the -- the market.  And so, you
10:32:07  12  know, you'd want to -- you'd have to go through a
10:32:10  13  number of checks to, you know, see what was going on
10:32:16  14  in -- in the market.
10:32:21  15     Q    Well, I need to know kind of the exhaustive
10:32:23  16  list for things that had to have occurred for you to
10:32:28  17  say that the market has adjusted.  Do we have them,
10:32:31  18  time passed, resolution of the status of
10:32:33  19  contamination, you wouldn't want purchases by
10:32:35  20  Halliburton to be influencing the market?
10:32:37  21     A    Those would be key ones, you know, I
10:32:39  22  haven't come in here prepared to opine on that,
10:32:41  23  specifically, and I would need to think to make sure
10:32:44  24  that I'm not missing anything, but those would be key
10:32:47  25  ones that you would be looking at.
```