# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMANDA ALEXANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  CIV-11-1343-M |
| | ) | |
| HALLIBURTON ENERGY | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41

WHEREAS, plaintiffs listed below wish to voluntarily dismiss without prejudice their claims pursuant to Fed. R. Civ. P. 41;

WHEREAS, all identified plaintiffs and defendant consent to this dismissal;

NOW THEREFORE, the following claims are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41, with the right to refile a claim within one year:

1.     Tarranda Alpers;
2.     John Biffle;
3.     James Brasher;
4.     Mary Jane Brasher;
5.     Christopher Crenwelge;
6.     Meghan Crenwelge;
7.     Patsy Garrison;
8.     Blake Gourney;
9.     Gerald Lawrence;
10.    Brandon Nalley;

1

11. Leslie Obel;
12. Casey Rains;
13. Stacy Rains;
14. Aaron Waters; and
15. Ed Waters

The parties further stipulate that each party will bear his/her/its respective attorneys' fees and costs.

Stipulated and Agreed,

/s/ Robert L. Betts
Gerald P. Green
Oklahoma Bar No. 3563
Peter L. Wheeler
Oklahoma Bar No. 12929
Robert L. Betts
Oklahoma Bar No. 21601
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma  73126
Telephone:  (405) 235-1611
Facsimile:  (405) 235-2904
jgreen@piercecouch.com
pwheeler@piercecouch.com
rbetts@piercecouch.com

J Kevin Buster, *pro hac vice*
Carmen R. Toledo, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
kbuster@kslaw.com
ctoledo@kslaw.com

Elizabeth Taber, *pro hac vice*
KING & SPALDING LLP
1100 Louisiana Suite 4000
Houston, Texas 77002
713 751 3200
713 751 3290 (fax)
etaber@kslaw.com

***Attorneys for Defendant***
***Halliburton Energy Services, Inc***

/s/ William A. Walsh

William A. Walsh, pro hac vice
WEITZ & LUXENBERG, P.C.
700 Broadway, 5th Floor
New York, NY 10003
Phone: 212-558-5592
wwalsh@weitzlux.com


Joe S. Carson, OBA No. 1929
WARHAWK LEGAL
1000 W. Wilshire Blvd., Ste 230
Oklahoma City, OK 73116
Phone: 405-397-1717
Fax: 405-241-5222
joe@warhawklegal.com


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, I caused the foregoing document to be electronically filed using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Robert L. Betts